UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW WOOLBRIGHT and
SOPHIA SHUGART, individually
and on behalf of all others similarly situated,

Plaintiffs,
v. Case No. 8:25-cv-1692-SDM-GDP

BLUE-GRACE GROUP, LLC,
d/b/a BLUE-GRACE LOGISTICS, LLC,

Defendant.

**O R D E R**

The parties filed a Joint Reply to the Plaintiffs' Motion to Compel Discovery (Doc. 99), which outlines their remaining discovery disputes. The parties agree to a court Order compelling production of certain documents and supplemental responses that the defendant agreed to provide but are outstanding (*id.*, pp. 2-3). Specifically, the parties agree to the imposition of a 14-day deadline for the defendant to produce the following:

- Compensation data, as outlined in **Request No. 4,** in a usable Microsoft Excel format, for all plaintiffs and opt-in plaintiffs;
- Information related to each of the hit counts it represents were achieved applying plaintiffs' proposed search terms for **Request Nos. 8–10, 32, 33, and 35**, consisting of: the complete search query/search string; the custodians,

mailboxes, sites, and other locations searched; any date restrictions or other search filters applied; identification of whether the reported counts represent raw search hits or whether any deduplication, threading, or other culling methodologies were applied; and confirmation whether named data sources in hit results previously provided by defendant represent the custodians searched for that request;

- Supplemental productions and responses to **Interrogatory Nos. 5** (methods of compensation and changes) and **8** (identities, employment information, and contact information for the defendant's employees who managed or supervised opt-in plaintiffs) and **Request Nos. 6** (compensation policies with dates in effect), **12** (collective positions' job descriptions), **15** (performance documents and metrics), **16** (training materials, policies, and guidelines), and **17** (documents related to defendant's Transportation Management System software and usage);
- Supplemental response to **Interrogatory No. 16** as it relates to defendant's remaining defenses in this action; and
- Privilege logs in accordance with Rule 26(b)(5), Fed. R. Civ. P.

The defendant has up to, and including October 29, 2026, to provide the supplemental responses and documents outlined above.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this 15th day of October, 2026.

**GREGORY D. PIZZO**
United States Magistrate Judge